## 28183. TAYLOR v. CALDWELL.

Case remanded.

*Judgment reversed with direction. All the Justices concur.*

DECIDED FEBRUARY 7, 1974.

Horace Taylor, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28452. THRASH v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 7, 1974.

Joseph Thrash, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28461. CUMMINGS v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 7, 1974.

*James C. Bonner, Jr.,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.